FILED by _____ D.C.

ELECTRONIC

**Dec. 31, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

# 08-81579-Civ-HURLEY/HOPKINS

WOODROW WOODS, an individual, and )
MARINE EXHAUST SYSTEMS, INC., a )
Florida corporation, )
                                    )
        Plaintiffs, )
                                    )
v. )
                                    )
DEANGELO MARINE EXHAUST, INC. )
a Florida corporation, )
                                    )
        Defendant. )
_____ )

## COMPLAINT

COME NOW the Plaintiffs, WOODROW WOODS, individually and MARINE EXHAUST SYSTEMS, INC., a Florida corporation, by and through their undersigned attorneys, and hereby files this Complaint against Defendant, DEANGELO MARINE EXHAUST, INC., a Florida corporation, and alleges as follows:

## PARTIES

1.    Plaintiff WOODROW WOODS (hereinafter "WOODS") is a natural person residing in Palm Beach County, Florida.

2.    Plaintiff MARINE EXHAUST SYSTEMS, INC. (hereinafter "MES") is a Florida corporation, having a principal address of 3640 Fiscal Court, Riviera Beach, FL 33404.

Case 9:08-cv-81579-DTKH   Document 1   Entered on FLSD Docket 12/31/2008   Page 2 of 50

3.     Defendant DEANGELO MARINE EXHAUST, INC. (hereinafter "DEANGELO") is a Florida corporation, having a principal address of 3330 SW 2nd Avenue, Ft. Lauderdale, FL 33315.

## JURISDICTION AND VENUE

4.     This action arises under the patent laws of the United States, United States Code, Title 35, 35 U.S.C. §§271, 281, 283-285. Subject matter jurisdiction is based upon 28 U.S.C. Sections 1331, 1332, 1338(a) and 1367. Venue is proper in this jurisdiction pursuant to 28 U.S.C. Sections 1391 and 1400.

5.     DEANGELO is doing business in this district, solicits orders and sells its products in this district, offers for sale in this district and has committed acts of patent infringement of WOODS' patents, which in turn has also violated MES' exclusive licenses for such patents sued upon herein in this district by making, using, offering for sale and/or selling in this district products covered by said patents.

## FACTUAL BACKGROUND

6.     Plaintiff, WOODS has for many years designed and developed exhaust components and systems for use with marine engines.

7.     On April 21, 1998, United States Patent No. 5,740,670 (hereinafter "'670 PATENT"), for a Water Jacketed Exhaust Pipe for Marine Exhaust Systems, was duly and regularly issued to Plaintiff, WOODS by the United States Patent and Trademark Office. A copy of the '670 patent is attached hereto as **Exhibit "A"**.

8.     The '670 patent is valid and enforceable.

9.     On March 14, 2000, United States Patent No. 6,035,633 (hereinafter "'633 PATENT"), for a Water Jacketed Exhaust Pipe for Marine Exhaust Systems, was duly and

2 of 50

regularly issued to Plaintiff, WOODS by the United States Patent and Trademark Office. A copy of the '633 patent is attached hereto as **Exhibit "B".**

10.     The '633 patent is valid and enforceable.

11.     The '670 and '633 patents relate to water jacketed exhaust pipes comprising an inner liner, an outer shell, and a spray ring. The inner liner may include an internally tapered section which clips the turbulence that occurs along the inner walls of the liner. This structure prevents water expelled from the spray ring from migrating into the inner liner where it can cause severe corrosion. The outer shell may include an internally tapered section which scatters the stream of water expelled from the spray ring and further redirects water into the center of the exhaust path. The redirected water particles are easily vaporized thereby extracting heat from the exhaust flow.

12.     WOODS owns all right, title, and interest in and to the '670 and '633 patents (hereinafter collectively the "Patents").

13.     WOODS has exclusively licensed MES, to make, use, and sell water jacketed exhaust pipes under the Patents.

14.     Upon information and belief, Defendant DEANGELO manufactured, sold, and continues to manufacture and sell products falling within the scope of one or both of the Patents without authorization.

15.     By way of correspondence dated March 10, 2006, counsel for MES contacted DEANGELO and provided it with actual notice and copies of the '670 and '633 Patents. DEANGELO was further informed that MES had obtained information which indicated that DEANGELO was manufacturing products that may fall within the scope of the subject Patents.

That correspondence was received by DEANGELO on March 20, 2006. A copy of said correspondence is attached hereto as **Exhibit "C"**.

16. By way of correspondence dated April 3, 2006, counsel for DEANGELO responded and indicated that it was reviewing the allegations of infringement and would respond upon completion of an investigation. A copy of said correspondence is attached hereto as **Exhibit "D"**.

17. To date, no such response has been received.

18. On or about November 16, 2007, an MES employee witnessed and photographed an exhaust system component manufactured by DEANGELO at Merritt Boat & Engine Works in Pompano Beach, FL. That exhaust system component is believed to infringe one or more of the Patents. Photographs of the infringing water jacketed exhaust pipe are attached hereto as **Composite Exhibit "E."**

19. Upon information and belief, DEANGELO continues to infringe the Patents by manufacturing, marketing, using and selling products falling within the scope of the Patents.

**COUNT I**
**PATENT INFRINGEMENT PURSUANT TO 35 U.S.C 271, ET AL**

20. Plaintiffs repeat and reallege Paragraphs 1 through 19 of this complaint as if fully set forth herein.

21. Defendant DEANGELO has infringed and is continuing to infringe upon one or both of the Patents by the unauthorized making, using, selling, importing and/or offering to sell within the United States, and within the Judicial District, water jacketed exhaust pipes for marine engines that infringe upon one or more claims of invention and exclusive licenses of one or both Patents and will continue to do so unless enjoined by this Court.

22.     The infringement by DEANGELO, at all times since March 20, 2006, has been willful and deliberate, and despite actual knowledge of the Patents, and despite specific notice of infringement DEANGELO has refused to terminate sales of the infringing products.

23.     DEANGELO has by the aforementioned infringement of the Patents unlawfully derived substantial profits and gains that they would otherwise have not received.

24.     Both WOODS and MES have been damaged and continue to suffer damages as a direct result of the infringing activities of DEANGELO.

25.     WOODS and MES have no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, WOODS and MES demand judgment as follows:

(a)   Declaring that Defendant DEANGELO has directly infringed upon one or more claims of the '670 and/or '633 patents;

(b)  Declaring that Defendant DEANGELO has willfully infringed one or more claims of the '670 and/or '633 patents;

(c)   Awarding plaintiffs damages in accordance with 35 U.S.C. §284;

(d)   Deeming this to be an "exceptional" case within the meaning of 35 U.S.C. §285, entitling plaintiffs to treble damages, and an award of reasonable attorney fees, expenses and costs in this action; and

(e)   Preliminarily and permanently enjoining Defendant and its respective officers, directors, members, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of order, personal service or otherwise, from committing further acts of infringement under 35 U.S.C. §271 of any one or more claims of the '670 and/or "633 Patents pursuant to 35 U.S.C. §283;

(f)  Awarding plaintiffs their interest and costs in connection with this action; and

(g) Awarding plaintiffs such other and further relief as this Court may deem to be just and proper.

Respectfully submitted,

Date: December 31, 2008

WARD DAMON & POSNER, P.A.
4420 Beacon Circle
West Palm Beach, FL 33407
Ph:  (561) 842-3000
Fax: (561) 842-3626

By: _____

Philip H. Ward, III, Esq., FBN 313998
Ryan S. Copple, Esq., FBN 152269
Email:  rcopple@warddamon.com

S:\users\PHW\Marine Exhaust Systems\Patent Claims\6922 Complaint-final version.doc

# Exhibit A

US005740670A

# United States Patent [19]

## Woods

| [11] | Patent Number: | 5,740,670 |
|---|---|---|
| [45] | Date of Patent: | Apr. 21, 1998 |

[54] **WATER JACKETED EXHAUST PIPE FOR MARINE EXHAUST SYSTEMS**

[76] Inventor: **Woodrow Woods**, 3640 Fiscal Ct., Riviera Beach, Fla. 33404

[21] Appl. No.: **580,548**

[22] Filed: **Dec. 29, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 419,097, Apr. 10, 1995, abandoned.

[51] Int. Cl.$^6$ ............................................. **F01N 3/04**
[52] U.S. Cl. ................................... **60/310; 440/89**
[58] Field of Search ........................... 60/310; 440/89

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 793,886 | 7/1905 | Low | 60/310 |
|---|---|---|---|
| 799,013 | 9/1905 | Moffitt | 60/310 |
| 3,209,534 | 10/1965 | Stallman | 60/310 |
| 5,212,949 | 5/1993 | Shiozawa | 60/310 |

Primary Examiner—Douglas Hart
Attorney, Agent, or Firm—Malin, Haley, DiMaggio & Crosby, P.A.

[57] **ABSTRACT**

A water jacketed exhaust pipe comprising an inner liner, an outer shell, and a spray ring. The inner liner includes an internally tapered section which clips the turbulence that occurs along the inner walls of the liner. As a result, fluid expelled from the spray ring will not migrate into the inner liner where it can cause severe corrosion. The inner liner is longer than the outer shell. The outer liner includes an internally tapered section which scatters the stream of water expelled from the spray ring and further redirects water onto the inner liner and into the center of the exhaust path. The redirected water particles are easily vaporized and in the process, extract a significant amount of heat from the exhaust system.

**14 Claims, 5 Drawing Sheets**



**U.S. Patent**     Apr. 21, 1998     Sheet 1 of 5     **5,740,670**



Fig. 1
Prior Art

Fig. 2
Prior Art





Fig. 5

Fig. 6



Fig. 7



5,740,670

1

# WATER JACKETED EXHAUST PIPE FOR MARINE EXHAUST SYSTEMS

This is a continuation-in-part of application Ser. No. 08/419,097, filed Apr. 10, 1995, and now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to a water jacketed exhaust pipe that curtails surface exhaust turbulence near the tail end of an inner liner of the pipe thereby preventing the migration of potentially corrosive water and salt back into the inner liner of the pipe. Additionally, the present invention scatters a stream of water exiting the water jacketed exhaust pipe into a spray which is directed into the exhaust gas path thereby causing superior heat exchange from the coolant to the exhaust gas.

### 2. Description of the Prior Art

Typically marine engines are cooled by water which is pumped from the ocean or lake through a cooler into the engine and then discharged therefrom into a water jacketed exhaust pipe to cool the exhaust system. Preferably, the exhaust is cooled as far upstream as possible to reduce thermal stress on the downstream exhaust system components. However, the prior art method of cooling the exhaust system by injecting a stream of water into the exhaust stream is crude and inefficient. As shown in FIG. 1, the typical arrangement employs a water jacketed exhaust pipe 2 comprising an outer shell 4, an inner liner 6 and a spray ring 8. The pipe 2 is connected to a heat resistant rubber hose or some other standard exhaust conduit. Near the termination of exhaust pipe 2 a circumferential spray ring 8 is employed between the inner liner 6 and outer shell 4. The spray ring 8 is essentially a washer or partition that separates outer shell 4 from inner liner 6 and impedes water from freely exiting the water jacket volume 5 formed between the outer shell and the inner liner. Generally, spray ring 8 contains a plurality of narrow longitudinal passageways 9 from which coolant can exit volume 5 in the form of a spray or stream. However, the coolant stream exiting water jacket volume 5 is generally streamed along only the outer circumference of the volume of exhaust gas flow as shown in FIG. 1. Accordingly, there is a poor mixture of coolant and exhaust gas and thus poor heat exchange. Subsequently, the exhaust system components downstream of the tail end of the water jacketed exhaust pipe 2 unnecessarily absorb heat that could better be transferred to the water. As a result, these downstream components are subjected to higher temperatures and greater temperature cycling than necessary. Moreover, in light of the production of larger marine engines which run at hotter temperatures, marine exhaust systems are already being subjected to hotter temperatures. Accordingly, there is a need for more efficient ways of cooling a marine exhaust system.

An additional shortcoming of the prior art is corrosion. Specifically, it has been discovered that due to the direction of the exhaust gas flow within inner liner 6 a narrow band of turbulence is created near its inner surface 3. As shown in FIG. 2, turbulence T as a suctioning effect opposite the direction of exhaust gas flow. Accordingly, some of the water exiting spray ring 8 will slowly migrate into inner liner 6 along inner surface 3. Additionally, when the boat is run in the ocean the cooling water will contain salt and other impurities that will also migrate into the inner liner. Unfortunately, the hot exhaust gases which contain hydrogen-sulfide and carbon molecules chemically react

2

with the chloride ions produced from the heated salt water to form acids including a mild sulfuric acid which are deposited on the inner surface of liner 6. These acids, over a short period of time corrode the water jacketed exhaust pipe 2. Presently, the only way to prevent this corrosion is to manufacture the inner liner of a highly expensive material that is resistant to acid corrosion.

Accordingly there is a present need for a improved water jacketed exhaust pipe that provides a superior mixture of coolant and exhaust gas and consequently has better heat exchange characteristics. Additionally, there is a present need for a jacketed exhaust pipe termination which clips the turbulence along the inner surface of the inner liner and thereby prevents water spray from migrating into the inner liner where corrosion can occur.

## SUMMARY OF THE INVENTION

The water jacketed exhaust pipe termination of the present invention solves the problems encountered by the prior art by the provision of both a first inwardly directed section at the tail end of the inner liner and a second inwardly directed taper at the tail end of the outer shell of the water jacketed exhaust pipe. The first inwardly directed section of the inner liner clips the surface turbulence near the tail end of the inner surface of the inner liner. The second inwardly directed taper near the tail end the outer shell forms a deflection surface which breaks up the water stream and in turn increases heat exchange. Consequently, two significant shortcomings of the prior art have been eliminated without significantly increasing the cost of the pipe.

The first shortcoming eliminated by the present invention is corrosion. Specifically, the first inwardly directed section of the inner liner forms a turbulence barrier that prevents the formation of turbulence near the tail end of the inner surface of the inner liner. In turn, this prevents water and salt from migrating upstream into the inner line and chemically reacting therein to form acids that are deposited on the inner surface of the inner liner. As a result, the prior art shortcoming of destructive acid deposits that corrode the inner line has been eliminated.

The second significant shortcoming eliminated by the present invention is poor heat exchange. The second inwardly directed taper near the tail end of the outer shell forms a deflection surface for water exiting the spray ring. As such, the spray or stream exiting from the spray ring collides with the inner surface of the inwardly directed taper and is broken down into fine water particles which are deflected into the path of exhaust gas flow. Since the water particles have a much greater surface area than the stream of water ejected from the spray ring and since the particles are deflected directly into the exhaust gas path, the cooling water absorbs far more thermal energy per unit volume than the prior art designs.

Accordingly, the new termination makes the muffler pipe more corrosion resistant and increases the surface area of the water that is forced into the exhaust gas path. In turn, this increases the cooling efficiency of the muffler and provides superior thermal protection to the exhaust system components downstream from the water jacketed pipe termination.

It is therefore a principal object of this invention to provide a water jacketed exhaust pipe termination that breaks the stream of water exiting the water jacket into a spray of variably sized water particles.

It is a further object of this invention to provide a water jacketed exhaust pipe termination that clips surface turbulence along its inner liner.

3

It is yet another object of this invention to provide a water jacketed exhaust pipe termination that prevents water spray from migrating upstream into the inner liner of the water jacketed exhaust pipe.

It is still another object of this invention to provide a water jacketed exhaust termination that prevents corrosion of the inner liner.

It is still yet another object of this invention to provide a water jacketed exhaust pipe that resists acid corrosion without the use of highly expensive acid resistant materials.

It is an additional object of this invention to provide a more efficient water jacketed exhaust conduit that reduces thermal fatigue to exhaust system components downstream of the water jacketed exhaust pipe.

In accordance with these and other objects which will become apparent hereinafter, the instant invention will now be described with particular reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side section view of the prior art;

FIG. 2 is a detailed view of the tail end of the inner and outer liners of FIG. 1;

FIG. 3 is a end view of the present invention; and

FIG. 4 is a side sectional view of the present invention.

FIG. 5 is a side sectional view of an alternate embodiment of the present invention.

FIG. 6 is an end view of an alternate embodiment of the present invention.

FIG. 7 is a side sectional view showing an alternate embodiment of the present invention.

FIG. 8 is a perspective view of the exhaust exit end of the alternate embodiment shown in FIG. 7.

FIG. 9 is a perspective view of the exhaust inlet end of the alternate embodiment shown in FIG. 7.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to FIG. 4, there is depicted a water jacketed exhaust pipe generally characterized by reference numeral 10. The exhaust pipe 10 generally comprises an inner liner 12 having a first inwardly tapered surface 14, an outer shell 18 having an inwardly tapered surface 20 at tail end 16 and a spray ring 16.

In the preferred embodiment both the inner liner 12 and the outer shell 18 and spray ring 16 are constructed from corrosion resistant metal such as stainless steel for example. The outer shell 18 is generally cylindrical in shape and has a diameter greater than inner liner 12. Between outer shell 18 and inner liner 12 is a spray ring 16 or spacer that separates the outer shell from the inner liner, forming a water jacket volume 24 therebetween. Additionally, spray ring 16 prevents water contained in volume 24 from freely exiting the exhaust pipe 10. Preferably, spray ring 16 contains several narrow longitudinal passageways 28 that allow water to pass from volume 24 to cooling turbulent area 22. In that manner, a back pressure is built up within volume 24 thereby forcefully ejecting water through the longitudinal passageways 28 to cooling turbulent area 22. Although the passageways shown are parallel to the elongate axis of the pipe, it is realized they may be in any direction so long as they fluidly connect volume 24 with an external volume outside the exhaust pipe 10.

In operation the exhaust gas flow shown as E in FIG. 4 is directed toward the left out of the water jacketed exhaust

4

pipe 10. As shown, the exiting exhaust gas E causes turbulence T near the inner surface 26 of inner liner 12. Typically, turbulence T is contained within fractions of an inch from inner surface 26. As a result, the turbulence produces a suction effect that normally tends to attract water ejected from passageways 28 of spray ring 16 onto inner surface 26 of the inner liner. However, as shown in FIG. 4, the first inwardly tapered surface 14 at the tail end of inner liner 12 clips the turbulence and as a result inhibits water from travelling backwards along inner surface 26 of the liner.

An additional advantage of the preferred embodiment is its superior heat exchange properties. Specifically, outer shell 18 is provided with a second inwardly tapered surface 20 at its tail end. Preferably, the second inwardly tapered surface 20 is curved such that over its length it curves almost to the radius of inner liner 12. As a result, second inwardly tapered surface 20 is directly in the path of the water stream ejected through the passageway 28 of the spray ring. Accordingly, as the water exits spray ring 16 it forcefully collides into the second inwardly tapered surface 20 and is broken up/separated into fine water particles. As can be seen in FIG. 4, the water particles have a much greater surface area than did the stream of water exiting spray ring 16. Furthermore, the particles upon colliding with surface 20 are redirected into the central part of the exhaust gas flow shown as turbulent cooling area 22. While in the turbulent cooling area the fine water particles are almost immediately converted into steam thereby taking on an immense amount of kinetic and thermal energy. The energy exchange taking place is immense when compared to the amount of energy absorbed by the prior art designs because a phase change takes place. Specifically, since the fine water particles have a much greater surface area as compared with a stream of water they can better mix with the exhaust gases in cooling area 22 and take on enough kinetic and thermal energy to convert from a liquid phase to a gaseous phase. Consequently, a great deal more energy is removed from the exhaust gas than in prior art designs. In turn, this gas is quickly carried through the remaining downstream sections of the exhaust pipe and expelled from the exhaust system. As a result, the downstream exhaust system components which may be fiberglass or rubber are subjected to significantly less thermal stress and are thus are far less prone to melting or other forms of fatigue that could ultimately end in their failure. For example, as shown in FIG. 2 the tail end of the water jacketed exhaust pipe is connected to a heat resistant silicone based rubber hose 30 via a hose clamp 32. Although hose 30 is normally resistant to high temperatures it has a longer life expectancy when subjected to lower temperatures. Accordingly, another advantage of the present invention is reduced thermal fatigue on exhaust system components downstream from the tail end of the water jacketed exhaust pipe 10.

It is realized that neither the first or second inwardly tapered surfaces 14 and 20, respectively, have to be curved as shown in FIG. 2. Rather, either or both surfaces may be in the form of a cone or any other shape that is generally directed inwardly. Furthermore, the use of the term water in this application is meant to include sea water, lake water and in general any body of water that marine vessels may be operated within.

An additional shortcoming of the prior art is eliminated due to the superior heat exchange properties of the present invention. Typically, a marine engine of an average size boat will pump 90-100 gallons per minute when running at full bore or cruising speed. Accordingly, there is a great deal of water to cool both the engine and exhaust system when the

5,740,670

5

engine is running at this speed. However, when the engine is idling, it is typical that only 15 gallons per minute will be pumped through the exhaust system. In the prior art designs, 15 gallons per minute does not extract a great deal of heat from the exhaust and thus, the exhaust system can be overheated. However, in the present invention, adequate coating still takes place, even when the engine is running at idle and only pumping 15 gallons of water per minute due to the higher efficiency of heat transfer from the exhaust gas E to the water.

It is envisioned that this invention is applicable to both water jacketed pipe and dry pipe. Water jacketed pipe refers to a type of pipe wherein the entire pipe is double-walled from the engine to the tail end and water is communicated from the engine directly into the space between the inner liner and outer shell. On the other hand, a dry pipe is a single-walled pipe wrapped with insulation, wherein only a short section at the very tail end of the pipe contains a double-walled section. In this case, a water can is welded onto the dry pipe and water can be pumped into the tail end of the pipe to be mixed with exhaust in the same manner explained for the water jacketed pipe.

### ALTERNATE EMBODIMENT

In an alternate embodiment, as shown in FIGS. 5–9, the inner liner 12' extends beyond the outer shell 18'. Spray ring 16' is angled between outer shell 18' and inner liner 12' so that passageways 28' direct water flow from volume 24' onto inner surface 20' of outer shell 18'.

Directing the water flow from passageways 28' directly at the outer shell 18' intensifies the effect of the inwardly tapered surface 20'. The water fans out from passageways 28' and collides with outer shell 18' and inwardly tapered surface 20' and is further broken up/separated into fine water particles. A portion of the water particles are deflected back onto the exterior surface 27' of the inner liner 12' thereby providing a uniform film of water near the termination of the exterior surface 27' of inner liner 12'. The uniform film of water absorbs heat from inner liner 12', and under certain operating conditions will almost instantaneously flash to steam thereby beginning the cooling process even prior to entering the turbulent cooling area 22'.

Passageways 28' in spray ring 16', shown in FIGS. 5–8, are fewer, but larger in diameter than passageways 28 in spray ring 16, shown in FIG. 4. Fewer large diameter passageways increases water flow and the cooling effect is thereby increased. Passageways 28' are spaced such that the streams of water fan out therefrom such that streams from adjacent passageways 28' intersect after contacting outer shell 18' thereby causing a portion of the water to deflect away from outer shell 18' and onto the outer surface 27' of inner liner 12'. Accordingly, it is important that spray ring 16' is spaced a sufficient distance from the termination of the inner liner 12' and outer shell 18', and that passageways 28' are spaced and angled toward outer shell 18' so as to project fanning streams of water such that adjacent streams intersect after contacting outer shell 18' causing a portion of each water stream deflect onto the outer surface 27' of inner liner 12'. In addition, a portion of the water disperses into a substantially uniform film on the inner surface of outer shell 18' and is dispersed as fine particles by inwardly tapered surface 20' into the central part of the exhaust gas flow 22'.

Inner liner 12' extends beyond the end of outer shell 18' into the turbulent cooling area 22'. As in the first embodiment, the inwardly tapered surface 14' of inner liner 12' clips turbulence and thus inhibits water from traveling

6

backward along inner surface 26' of liner 12'. Having inner liner 12' extend into the turbulent cooling area 22', further reduces water flow back along inner surface 26' of the liner.

In an example of supplying water to the present invention, as shown in FIGS. 7–9, water will enter volume 24' via fitting 50' and inlet pipe 48'. Fitting 50' will attach via fitting 52' to water pipe 54'. Water entry in this manner is intended as an example and is not intended to restrict the invention only this manner of water entry.

The instant invention has been shown and described herein in what is considered to be the most practical and preferred embodiment. It is recognized, however, that departures may be made therefrom within the scope of the invention and that obvious modifications will occur to a person skilled in the art.

What is claimed is:

1. A water jacketed exhaust pipe for marine engines comprising:

an elongated inner liner, said liner having a tail end, said tail end defining a first inwardly tapered section;

an elongated outer shell, said shell surrounding said liner about an elongate axis of said pipe, said shell further having a tail end, said shell tail end defining a second inwardly tapered section;

said elongated inner liner extends axially beyond said tail end of said elongated outer shell;

a spacer disposed between said outer shell and said inner liner for separating said shell from said liner at to define a volume therebetween, said spacer further defining at least one passageway there through communicating said volume with a second volume outside said exhaust pipe.

2. The water jacketed exhaust pipe for marine engines as in claim 1, wherein a portion of water exiting said at least one passageway is deflected onto said inner liner.

3. The water jacketed exhaust pipe for marine engines as in claim 1, wherein said spacer is a ring.

4. The water jacketed exhaust pipe as set forth in claim 1, wherein said inner liner and said outer shell are substantially cylindrical.

5. The water jacketed exhaust pipe as set forth in claim 1, wherein said inner liner, said outer shell and said spacer are constructed from a corrosion resistant material.

6. The water jacketed exhaust pipe as set forth in claim 1, wherein said inner liner, said outer shell, and said spacer are constructed of stainless steel.

7. The water jacketed exhaust pipe as set forth in claim 1, wherein said first and second inwardly tapered sections are cone shaped.

8. The water jacketed exhaust pipe as set forth in claim 1, wherein at least one of said first and second inwardly tapered sections is curved.

9. A water jacketed exhaust pipe for marine engines comprising:

an elongated inner liner, said liner having a tail end, said tail end defining an inwardly tapered section;

an elongated outer shell having a tail end, said shell surrounding said inner liner about an elongate axis of said pipe;

said elongated inner liner being extended axially beyond said tail end of said elongated outer shell;

a spacer angularly disposed between said outer shell and said inner liner and separating said shell from said liner and defining a volume therebetween, said spacer further defining at least one passageway thereby fluidly

5,740,670

7

communicating said volume with a second volume outside said exhaust pipe; and,

wherein fluid from said first volume is directed toward said outer shell by said at least one passageway.

10. The water jacketed exhaust pipe for marine engines as in claim 9, wherein said spacer is a ring.

11. The water jacketed exhaust pipe as set forth in claim 9, wherein said inner liner, said outer shell, and said ring are constructed from a corrosion resistant material.

12. The water jacketed exhaust pipe as set forth in claim 9, wherein said inwardly tapered section is curved.

13. A water jacketed exhaust pipe for marine engines comprising:

an elongated inner liner;

an elongated outer shell, said shell surrounding said liner about an elongate axis of said pipe, said shell further

8

defining a tail end, said tail end defining an inwardly tapered section;

said elongated inner liner being extended axially beyond said tail end of said elongated outer shell;

a spacer angularly disposed between said outer shell and said inner liner and separating said shell from said liner and defining a volume therebetween, said spacer further defining at least one passageway thereby communicating said volume with a second volume outside said exhaust pipe; and,

wherein fluid from said first volume is directed toward said outer shell by said at least one passageway.

14. The water jacketed exhaust-pipe for marine engines as in claim 13, wherein said spacer is a ring.

* * * * *

Exhibit B



US006035633A

## United States Patent [19]

### Woods

[11] Patent Number: 6,035,633

[45] Date of Patent: *Mar. 14, 2000

[54] **WATER JACKETED EXHAUST PIPE FOR MARINE EXHAUST SYSTEMS**

[76] Inventor: **Woodrow E. Woods**, 3640 Fiscal Ct., Riviera Beach, Fla. 33404

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/990,821**

[22] Filed: **Dec. 15, 1997**

#### Related U.S. Application Data

[63] Continuation-in-part of application No. 08/580,548, Dec. 29, 1995, Pat. No. 5,740,670, which is a continuation-in-part of application No. 08/419,097, Apr. 10, 1995, abandoned.

[51] Int. Cl.⁷ ............................................... F01N 3/04
[52] U.S. Cl. ............................................ 60/310; 440/89
[58] Field of Search ................................ 60/310, 323, 320, 60/321; 440/89

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,206,836 | 9/1965 | Schussler | 60/320 |
| 4,977,741 | 12/1990 | Lulloff et al. | 60/310 |
| 5,144,800 | 9/1992 | Shioya et al. | 60/323 |
| 5,212,949 | 5/1993 | Shiozawa | 60/321 |
| 5,531,620 | 7/1996 | Ozawa et al. | 440/89 |

*Primary Examiner*—Thomas E. Denion
*Attorney, Agent, or Firm*—Bowen, Lhota & Firtell, P.A.

[57] **ABSTRACT**

A water jacketed exhaust pipe comprising an inner liner, an outer shell, and a spray ring. The inner liner includes an internally tapered section which clips the turbulence that occurs along the inner walls of the liner. As a result, fluid expelled from the spray ring will not migrate into the inner liner where it can cause severe corrosion. The outer liner includes an internally tapered section which scatters the stream of water expelled from the spray ring and further redirects water onto the inner liner and into the center of the exhaust path. The redirected water particles are easily vaporized and in the process, extract a significant amount of heat from the exhaust system.

**24 Claims, 8 Drawing Sheets**







Fig. 1
Prior Art

Fig. 2
Prior Art



Fig. 4

Fig. 3

**U.S. Patent**      Mar. 14, 2000      Sheet 3 of 8      **6,035,633**



Fig. 6

Fig. 5



Fig. 7

Case 9:08-cv-81579-DTKH   Document 1   Entered on FLSD Docket 12/31/2008   Page 24 of 50



**U.S. Patent**          Mar. 14, 2000          Sheet 6 of 8          6,035,633



*Fig. 11*

*Fig. 10*



*Fig. 12*



Fig. 13

6,035,633

1

## WATER JACKETED EXHAUST PIPE FOR MARINE EXHAUST SYSTEMS

This is a continuation-in-part of application Ser. No. 08/580,548 filed Dec. 29, 1995 now U.S. Pat. No. 5,740,670, which is a continuation-in-part of application Ser. No. 08/419,097, filed Apr. 10, 1995 now abandoned.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates generally to a water jacketed exhaust pipe that curtails surface exhaust turbulence near the tail end of an inner liner of the pipe thereby preventing the migration of potentially corrosive water and salt back into the inner liner of the pipe. Additionally, the present invention scatters a stream of water exiting the water jacketed exhaust pipe into a spray which is directed into the exhaust gas path thereby causing superior heat exchange from the coolant to the exhaust gas.

#### 2. Description of the Prior Art

Typically marine engines are cooled by water which is pumped from the ocean or lake through a cooler into the engine and then discharged therefrom into a water jacketed exhaust pipe to cool the exhaust system. Preferably, the exhaust is cooled as far upstream as possible to reduce thermal stress on the downstream exhaust system components. However, the prior art method of cooling the exhaust system by injecting a stream of water into the exhaust stream is crude and inefficient. As shown in FIG. 1, the typical arrangement employs a water jacketed exhaust pipe 2 comprising an outer shell 4, an inner liner 6 and a spray ring 8. The pipe 2 is connected to a heat resistant rubber hose or some other standard exhaust conduit. Near the termination of exhaust pipe 2 a circumferential spray ring 8 is employed between the inner liner 6 and outer shell 4. The spray ring 8 is essentially a washer or partition that separates outer shell 4 from inner liner 6 and impedes water from freely exiting the water jacket volume 5 formed between the outer shell and the inner liner. Generally, spray ring 8 contains a plurality of narrow longitudinal passageways 9 from which coolant can exit volume 5 in the form of a spray or stream. However, the coolant stream exiting water jacket volume 5 is generally streamed along only the outer circumference of the volume of exhaust gas flow as shown in FIG. 1. Accordingly, there is a poor mixture of coolant and exhaust gas and thus poor heat exchange. Subsequently, the exhaust system components downstream of the tail end of the water jacketed exhaust pipe 2 unnecessarily absorb heat that could better be transferred to the water. As a result, these downstream components are subjected to higher temperatures and greater temperature cycling than necessary. Moreover, in light of the production of larger marine engines which run at hotter temperatures, marine exhaust systems are already being subjected to hotter temperatures. Accordingly, there is also a need for more efficient ways of cooling a marine exhaust system.

An additional shortcoming of the prior art is corrosion. Specifically, it has been discovered that due to the direction of the exhaust gas flow within inner liner 6 a narrow band of turbulence is created near its inner surface 3. As shown in FIG. 2, turbulence T as in a suctioning effect opposite the direction of exhaust gas flow. Accordingly, some of the water exiting spray ring 8 will slowly migrate into inner liner 6 along inner surface 3. Additionally, when the boat is run in the ocean the cooling water will contain salt and other impurities that will also migrate into the inner liner.

2

Unfortunately, the hot exhaust gases which contain hydrogen-sulfide and carbon molecules chemically react with the chloride ions produced from the heated salt water to form acids including a mild sulfuric acid which are deposited on the inner surface 3 of liner 6. These acids, over a short period of time corrode the water jacketed exhaust pipe 2. Presently, the only way to prevent this corrosion is to manufacture the inner liner of a highly expensive material that is resistant to acid corrosion.

Accordingly there is a present need for a improved water jacketed exhaust pipe that provides a superior mixture of coolant and exhaust gas and consequently has better heat exchange characteristics. Additionally, there is a present need for a jacketed exhaust pipe termination which clips the turbulence along the inner surface of the inner liner and thereby prevents water spray from migrating into the inner liner where corrosion can occur.

### SUMMARY OF THE INVENTION

The water jacketed exhaust pipe termination of the present invention solves the problems encountered by the prior art by the provision of both a first inwardly directed section at the tail end of the inner liner and a second inwardly directed taper at the tail end of the outer shell of the water jacketed exhaust pipe. The first inwardly directed section of the inner liner clips the surface turbulence near the tail end of the inner surface of the inner liner. The second inwardly directed taper near the tail end the outer shell forms a deflection surface which breaks up the water stream and in turn increases heat exchange. Consequently, two significant shortcomings of the prior art have been eliminated without significantly increasing the cost of the pipe.

The first shortcoming eliminated by the present invention is corrosion. Specifically, the first inwardly directed section of the inner liner forms a turbulence barrier that prevents the formation of turbulence near the tail end of the inner surface of the inner liner. In turn, this prevents water and salt from migrating upstream into the inner liner and chemically reacting therein to form acids that are deposited on the inner surface of the inner liner. As a result, the prior art shortcoming of destructive acid deposits that corrode the inner line has been eliminated.

The second significant shortcoming eliminated by the present invention is poor heat exchange. The second inwardly directed taper near the tail end of the outer shell forms a deflection surface for water exiting the spray ring. As such, the spray or stream exiting from the spray ring collides with the inner surface of the inwardly directed taper and is broken down into fine water particles which are deflected into the path of exhaust gas flow. Since the water particles have a much greater surface area than the stream of water ejected from the spray ring and since the particles are deflected directly into the exhaust gas path, the cooling water absorbs far more thermal energy per unit volume than the prior art designs.

Accordingly, the new termination makes the muffler pipe more corrosion resistant and increases the surface area of the water that is forced into the exhaust gas path. In turn, this increases the cooling efficiency of the muffler and provides superior thermal protection to the exhaust system components downstream from the water jacketed pipe termination.

It is therefore a principal object of this invention to provide a water jacketed exhaust pipe termination that breaks the stream of water exiting the water jacket into a spray of variably sized water particles.

It is a further object of this invention to provide a water jacketed exhaust pipe termination that clips surface turbulence along its inner liner.

6,035,633

3

It is yet another object of this invention to provide a water jacketed exhaust pipe termination that prevents water spray from migrating upstream into the inner liner of the water jacketed exhaust pipe.

It is still another object of this invention to provide a water jacketed exhaust termination that prevents corrosion of the inner liner.

It is still yet another object of this invention to provide a water jacketed exhaust pipe that resists acid corrosion without the use of highly expensive acid resistant materials.

It is an additional object of this invention to provide a more efficient water jacketed exhaust conduit that reduces thermal fatigue to exhaust system components downstream of the water jacketed exhaust pipe.

In accordance with these and other objects which will become apparent hereinafter, the instant invention will now be described with particular reference to the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side section view of the prior art device;

FIG. 2 is a partial detailed view of the tail end of the inner and outer liners of the device of FIG. 1;

FIG. 3 is a end view of an embodiment of the present invention depicted in FIG. 4;

FIG. 4 is a side sectional view of an embodiment of the present invention;

FIG. 5 is an end view of an alternate embodiment of the present invention as depicted in FIG. 6;

FIG. 6 is a side sectional view of an alternate embodiment of the present invention;

FIG. 7 is a detailed side sectional view showing the alternate embodiment depicted in FIG. 6;

FIG. 8 is a perspective view of the exhaust exit end of the alternate embodiment depicted in FIG. 7;

FIG. 9 is a perspective view of the exhaust inlet end of the alternate embodiment shown in FIG. 7;

FIG. 10 is an end view of a second alternate embodiment of the present invention;

FIG. 11 is a side sectional view of the second alternate embodiment of the present invention depicted in FIG. 10;

FIG. 12 is a perspective view of the exhaust outlet end of the second alternate embodiment shown in FIGS. 10 and 11;

FIG. 13 is a detailed side sectional view showing the second alternate embodiment depicted in FIGS. 10-12.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to FIG. 4, there is depicted a water jacketed exhaust pipe generally characterized by reference numeral 10. The exhaust pipe 10 generally comprises an inner liner 12 having a first inwardly tapered surface 14, an outer shell 18 having an inwardly tapered surface 20 at tail end 16 and a spray ring 16.

In the preferred embodiment both the inner liner 12 and the outer shell 18 and spray ring 16 are constructed from corrosion resistant metal such as stainless steel for example. The outer shell 18 is generally cylindrical in shape and has a diameter greater than inner liner 12. Between outer shell 18 and inner liner 12 is a spray ring 16 or spacer that separates the outer shell from the inner liner, forming a water jacket volume 24 therebetween. Additionally, spray ring 16 prevents water contained in volume 24 from freely exiting

4

the exhaust pipe 10. Preferably, spray ring 16 contains several narrow longitudinal passageways 28 that allow water to pass from volume 24 to cooling turbulent area 22. In that manner, a back pressure is built up within volume 24 thereby forcefully ejecting water through the longitudinal passageways 28 to cooling turbulent area 22. Although the passageways shown are parallel to the elongate axis of the pipe, it is realized they may be in any direction so long as they fluidly connect volume 24 with an external volume outside the exhaust pipe 10.

In operation the exhaust gas flow shown as E in FIG. 4 is directed toward the left out of the water jacketed exhaust pipe 10. As shown, the exiting exhaust gas E causes turbulence T near the inner surface 26 of inner liner 12. Typically, turbulence T is contained within fractions of an inch from inner surface 26. As a result, the turbulence produces a suction effect that normally tends to attract water ejected from passageways 28 of spray ring 16 onto inner surface 26 of the inner liner. However, as shown in FIG. 4, the first inwardly tapered surface 14 at the tail end of inner liner 12 clips the turbulence and as a result inhibits water from travelling backwards along inner surface 26 of the liner.

An additional advantage of the preferred embodiment is its superior heat exchange properties. Specifically, outer shell 18 is provided with a second inwardly tapered surface 20 at its tail end. Preferably, the second inwardly tapered surface 20 is curved such that over its length it curves almost to the radius of inner liner 12. As a result, second inwardly tapered surface 20 is directly in the path of the water stream ejected through the passageway 28 of the spray ring. Accordingly, as the water exits spray ring 16 it forcefully collides into the second inwardly tapered surface 20 and is broken up/separated into fine water particles. As can be seen in FIG. 4, the water particles have a much greater surface area than did the stream of water exiting spray ring 16. Furthermore, the particles upon colliding with surface 20 are redirected into the central part of the exhaust gas flow shown as turbulent cooling area 22. While in the turbulent cooling area the fine water particles are almost immediately converted into steam thereby taking on an immense amount of kinetic and thermal energy. The energy exchange taking place is immense when compared to the amount of energy absorbed by the prior art designs because a phase change takes place. Specifically, since the fine water particles have a much greater surface area as compared with a stream of water they can better mix with the exhaust gases in cooling area 22 and take on enough kinetic and thermal energy to convert from a liquid phase to a gaseous phase. Consequently, a great deal more energy is removed from the exhaust gas than in prior art designs. In turn, this gas is quickly carried through the remaining downstream sections of the exhaust system and expelled from the exhaust system. As a result, the downstream exhaust system components which may be fiberglass or rubber are subjected to significantly less thermal stress and are thus are far less prone to melting or other forms of fatigue that could ultimately end in their failure. For example, as shown in FIG. 2 the tail end of the water jacketed exhaust pipe is connected to a heat resistant silicone based rubber hose 30 via a hose clamp 32. Although hose 30 is normally resistant to high temperatures it has a longer life expectancy when subjected to lower temperatures. Accordingly, another advantage of the present invention is reduced thermal fatigue on exhaust system components downstream from the tail end of the water jacketed exhaust pipe 10.

It is realized that neither the first or second inwardly tapered surfaces 14 and 20, respectively, have to be curved

6,035,633

5

as shown in FIG. 2. Rather, either or both surfaces may be in the form of a cone or any other shape that is generally directed inwardly. Furthermore, the use of the term water in this application is meant to include sea water, lake water and in general any body of water that marine vessels may be operated within.

An additional shortcoming of the prior art is eliminated due to the superior heat exchange properties of the present invention. Typically, a marine engine of an average size boat will pump 90–100 gallons per minute when running at full bore or cruising speed. Accordingly, there is a great deal of water to cool both the engine and exhaust system when the engine is running at this speed. However, when the engine is idling, it is typical that only 15 gallons per minute will be pumped through the exhaust system. In the prior art designs, 15 gallons per minute does not extract a great deal of heat from the exhaust and thus, the exhaust system can be overheated. However, in the present invention, adequate coating still takes place, even when the engine is running at idle and only pumping 15 gallons of water per minute due to the higher efficiency of heat transfer from the exhaust gas E to the water.

It is envisioned that this invention is applicable to both water jacketed pipe and dry pipe. Water jacketed pipe refers to a type of pipe wherein the entire pipe is double-walled from the engine to the tail end and water is communicated from the engine directly into the space between the inner liner and outer shell. On the other hand, a dry pipe is a single-walled pipe wrapped with insulation, wherein only a short section at the very tail end of the pipe contains a double-walled section. In this case, a water can is welded onto the dry pipe and water can be pumped into the tail end of the pipe to be mixed with exhaust in the same manner explained for the water jacketed pipe.

First Alternate Embodiment

In an alternate embodiment, as shown in FIGS. 5–9, the inner liner 12' extends beyond the outer shell 18'. Spray ring 16' is angled between outer shell 18' and inner liner 12' so that passageways 28' direct water flow from volume 24' onto inner surface 20' of outer shell 18'.

Directing the water flow from passageways 28' directly at the outer shell 18' intensifies the effect of the inwardly tapered surface 20'. The water fans out from passageways 28' and collides with outer shell 18' and inwardly tapered surface 20' and is further broken up/separated into fine water particles. A portion of the water particles are deflected back onto the exterior surface 27' of the inner liner 12' thereby providing a uniform film of water near the termination of the exterior surface 27' of inner liner 12'. The uniform film of water absorbs heat from inner liner 12', and under certain operating conditions will almost instantaneously flash to steam thereby beginning the cooling process even prior to entering the turbulent cooling area 22'.

Passageways 28' in spray ring 16', shown in FIGS. 5–8, are fewer, but larger in diameter than passageways 28 in spray ring 16, shown in FIG. 4. Fewer large diameter passageways increases water flow and the cooling effect is thereby increased. Passageways 28' are spaced such that the streams of water fan out therefrom such that streams from adjacent passageways 28' intersect after contacting outer shell 18' thereby causing a portion of the water to deflect away from outer shell 18' and onto the outer surface 27' of inner liner 12'. Accordingly, it is important that spray ring 16' is spaced a sufficient distance from the termination of the inner liner 12' and outer shell 18', and that passageways 28'

6

are spaced and angled toward outer shell 18' so as to project fanning streams of water such that adjacent streams intersect after contacting outer shell 18' causing a portion of each water stream deflect onto the outer surface 27' of inner liner 12'. In addition, a portion of the water disperses into a substantially uniform film on the inner surface of outer shell 18' and is dispersed as fine particles by inwardly tapered surface 20' into the central part of the exhaust gas flow 22'.

Inner liner 12' extends beyond the end of outer shell 18' into the turbulent cooling area 22'. As in the first embodiment, the inwardly tapered surface 14' of inner liner 12' clips turbulence and thus inhibits water from traveling backward along inner surface 26' of liner 12'. Having inner liner 12' extend into the turbulent cooling area 22', further reduces water flow back along inner surface 26' of the liner.

In an example of supplying water to the present invention, as shown in FIGS. 7–9, water will enter volume 24' via fitting 50' and inlet pipe 48'. Fitting 50' will attach via fitting 52' to water pipe 54'. Water entry in this manner is intended as an example and is not intended to restrict the invention only this manner of water entry.

Second Alternate Embodiment

In a second alternate embodiment, depicted in FIGS. 10–13, and generally referenced as 100, the inner liner 120 terminates substantially even with outer shell 180. Spray ring 160 is angled between outer shell 180 and inner liner 120 so that passageways 280 direct water flow from volume 240 onto inner surface 200 of outer shell 180.

Directing the water flow from passageways 280 directly at the inner surface 200 of outer shell 180 intensifies the effect of the inwardly tapered inner surface 200. The water fans out from passageways 280 and collides with the inner surface of outer shell 180 and inwardly tapered inner surface 200 and is further broken up and/or dispersed into fine water particles. A portion of the water particles are deflected back onto the exterior surface 270 of inner liner 120 thereby providing a uniform film of water near the termination of the exterior surface 270 of inner liner 120. The uniform film of water absorbs heat from inner liner 120, and under certain operating conditions will almost instantaneously flash to steam thereby beginning the cooling process even prior to entering the turbulent cooling area 220.

Passageways 280 in spray ring 160, shown in FIGS. 10–12, are fewer, but larger in diameter than passageways 28 in spray ring 16, shown in FIG. 4, and are more closely spaced toward the hydrostatic top portion of the device to compensate for the change in hydrostatic pressure within volume 240 such that the volume of water exiting volume 240 provides a uniform volumetric flow of water around inner liner 120 thereby providing a uniform cooling effect. Fewer large diameter passageways also increases water flow and the cooling effect is thereby increased. Passageways 280 may also be spaced so that a number of streams of water fan out therefrom such that streams from adjacent passageways 280 intersect after contacting inner surface 200 of outer shell 180 thereby causing a portion of the water to deflect away from outer shell 180 and onto the outer surface 270 of inner liner 120. Accordingly, it is important that spray ring 160 is spaced a sufficient distance from the termination of the inner liner 120 and outer shell 180, and that passageways 280 are spaced and angled toward outer shell 180 so as to project fanning streams of water such that adjacent streams intersect after contacting outer shell 180 causing a portion of each water stream deflect onto the outer surface 270 of inner liner 120. In addition, a portion of the water disperses into a

6,035,633

**7**

substantially uniform film on surface 200 of outer shell 180 and is dispersed as fine particles by the inwardly tapered inner surface 200 into the central region of the exhaust gas flow 220.

In this second alternate embodiment, inner liner 120 has an end portion which terminates at a point substantially even with the end portion of outer shell 180. As in the first embodiment, the inwardly tapered surface 140 of inner liner 120 clips turbulence and thus inhibits water from traveling backward along inner surface 260 of inner liner 120.

It has been found that the present invention functions optimally when sized to maintain the flow of exhaust gas at approximately 1.5 feet/second (approximately 75–80 miles per hour) relative to the velocity of the water. When operating under such conditions the present invention effectively reduces the exhaust gas temperature from inlet temperatures of approximately 700–1000° F. to approximately 130–140° F., while causing the cooling water, having an inlet temperature of approximately 100–120° F., to vaporize into steam. The present invention is thus sized to maximize the cooling effect by causing substantially all of the cooling water to vaporize and be ejected from the exhaust system as steam vapor.

In use in a marine exhaust system the present embodiment 100 performs as follows. Water is supplied to the present invention, and as shown in FIG. 11 water will enter volume 240 inlet pipe 480. It should be recognized that any structure and/or method of injecting water into volume 240 is within the scope of the invention. Water will flow through volume 240 and exit passageways 280 whereby streams of water are directed toward inner surface 200 of outer liner 180 whereafter droplets of water deflect onto the outer surface 270 of inner liner 120 and/or toward region 220. The water and exhaust gas exiting the device then mix in region 220 wherein the water is vaporized thereby causing the exhaust gas to substantially cool.

The instant invention has been shown and described herein in what is considered to be the most practical and preferred embodiment. It is recognized, however, that departures may be made therefrom within the scope of the invention and that obvious modifications will occur to a person skilled in the art.

What is claimed is:

1. A water jacketed exhaust pipe for marine engines comprising:

an elongated inner liner, said liner having a tail end, said tail end defining a first inwardly tapered section;

an elongated outer shell, said shell surrounding said liner about an elongated axis of said pipe, said shell further having a tail end, said shell tail end defining a second inwardly tapered section;

a spacer having a top, wherein said spacer is disposed between said outer shell and said inner liner that separates said shell from said liner and defines an inner volume therebetween, said spacer further defining at least one passageway therethrough communicating said volume with an outer volume outside said exhaust pipe, and wherein said passageway is narrow enough to create a back pressure in said inner volume that thereby forcefully ejects water through said passageway.

2. The water jacketed exhaust pipe for marine engines as in claim 1, wherein a portion of water exiting said at least one passageway is deflected onto said inner liner.

3. The water jacketed exhaust pipe for marine engines as in claim 1, wherein said spacer is a ring.

**8**

4. The water jacketed exhaust pipe as set forth in claim 1, wherein said inner liner and said outer shell are cylindrical.

5. The water jacketed exhaust pipe as set forth in claim 4, wherein said inner liner and said outer shell are sized to maintain exhaust gas exiting said inner liner at a velocity of approximately 1.5 feet per second relative to water exiting said outer shell.

6. The water jacketed exhaust pipe as set forth in claim 1, wherein said inner liner, said outer shell and said spacer are constructed from a corrosion resistant material.

7. The water jacketed exhaust pipe as set forth in claim 1, wherein said inner liner, said outer shell, and said spacer are constructed of stainless steel.

8. The water jacketed exhaust pipe as set forth in claim 1, wherein said first and second inwardly tapered sections are cone shaped.

9. The water jacketed exhaust pipe as set forth in claim 1, wherein at least one of said first and second inwardly tapered sections is curved.

10. The water jacketed exhaust pipe as set forth in claim 1, wherein at least one of said first and second inwardly tapered sections are angled.

11. A water jacketed exhaust pipe as described in claim 1, wherein said inner liner terminates substantially even with said outer shell.

12. A water jacketed exhaust pipe as described in claim 1, wherein said spacer is angled between said outer shell and said inner liner so that said passageway directs water from said inner volume onto said outer shell.

13. A water jacketed exhaust pipe as described in claim 1 further comprising:

a plurality of said passageways, wherein said passageways are more closely spaced relative to each other toward said top such that as water is ejected though said passageways a uniform volumetric flow of water is provided around said inner liner.

14. A water jacketed exhaust pipe for marine engines comprising:

an elongated inner liner, said liner having a tail end, said tail end defining an inwardly tapered section;

an elongated outer shell, said outer shell having a tail end, said shell surrounding said liner about an elongate axis of said pipe;

a spacer angularly disposed between said outer shell and said inner liner and separating said shell from said liner and defining an inner volume therebetween, said spacer further defining at least one passageway thereby fluidly communicating said inner volume with an outer volume outside said exhaust pipe; and,

wherein said passageway is narrow enough to create a back pressure in said inner volume that thereby forcefully ejects water through said passageway, and

wherein fluid from said inner volume is directed toward said outer shell by said at least one passageway.

15. The water jacketed exhaust pipe for marine engines as in claim 14, wherein said spacer is a ring.

16. The water jacketed exhaust pipe as set forth in claim 14, wherein said inner liner, said outer shell, and said ring are constructed from a corrosion resistant material.

17. The water jacketed exhaust pipe as set forth in claim 14, wherein said first and second inwardly tapered sections are curved.

18. The water jacketed exhaust pipe as set forth in claim 14, wherein said first and second inwardly tapered sections are cone shaped.

19. The water jacketed exhaust pipe as set forth in claim 14, wherein at least one of said first and second inwardly tapered sections is curved.

6,035,633

9

20. The water jacketed exhaust pipe as set forth in claim 14, wherein at least one of said first and second inwardly tapered sections are cone shaped.

21. A water jacketed exhaust pipe for marine engines comprising:

an elongated inner liner forming an exhaust gas duct;

an elongated outer shell, said shell surrounding said liner about an elongate axis of said pipe, said shell further defining a tail end, said tail end defining an inwardly tapered section;

a spacer angularly disposed between said outer shell and said inner liner and separating said shell from said liner and defining a water containing volume therebetween, said spacer further defining at least one passageway thereby communicating said water containing volume with an outer volume outside said exhaust pipe;

wherein water from said water containing volume is directed toward said outer shell by said at least one

10

passageway, wherein said passageway is narrow enough to create a back pressure in said inner volume that thereby forcefully elects water through said passageway, and wherein said at least one passageway is sized for allowing water to flow at a predetermined velocity, and said inner liner sized for allowing exhaust gas to flow at a predetermined velocity approximately 1.5 feet per second greater than said water velocity.

22. The water jacketed exhaust pipe for marine engines as in claim 21, wherein said spacer is a ring.

23. The water jacketed exhaust pipe as set forth in claim 21, wherein at least one of said first and second inwardly tapered sections is curved.

24. The water jacketed exhaust pipe as set forth in claim 21, wherein at least one of said first and second inwardly tapered sections are cone shaped.

*  *  *  *  *

Exhibit C

## STEARNS WEAVER MILLER
### WEISSLER ALHADEFF & SITTERSON, P.A.

Miami   ■   Ft. Lauderdale   ■   Tampa

Mark D. Bowen
Direct Line: (954) 462-9545
Fax: (954) 462-9508
Email: mbowen@swmwas.com

New River Center, Suite 2100
200 East Las Olas Boulevard
Ft. Lauderdale, Florida 33301
(954) 462-9500

March 10, 2006

**VIA CERTIFIED MAIL**

Robert Montes, President
DeAngelo Marine Exhaust, Inc.
3330 S.W. 2nd Avenue
Ft. Lauderdale, Florida 33315

      Re:    U.S. Patent Nos. 5,740,670 and 6,035,633

Dear Mr. Montes:

We represent Marine Exhaust Systems, Inc. ("MES") with respect to intellectual property and related matters. As you are no doubt aware, MES manufactures and sells a wide variety of products in the marine industry. Our client has received several patents, and in particular is the owner of U.S. Patent No. 5,740,670 and U.S. Patent No. 6,035,633, each entitled *Water Jacketed Exhaust Pipe For Marine Exhaust Systems*. Copies of the patents are enclosed for your review.

Our client's patent rights grant it the right to prevent others from making, using, or selling the claimed inventions. In that regard, it has come to our attention that your company is manufacturing and selling water cooled exhaust system components that may fall within the scope of the above-referenced patents, thus constituting patent infringement. Your website, www.deangelomarine.com, indicates that your company is manufacturing and selling a variety of water cooled exhaust system components. In addition, we have received information from a third party that your company is installing water cooled exhaust system components that may fall within the scope of the above-referenced patents in motor yachts.

Our client is naturally concerned that one or more of your products may be covered by claims of the above-referenced patents. We would therefore be interested in learning more about your water cooled products, in order to assure ourselves that your company is operating outside of our client's patent claims. At a minimum we request that DeAngelo Marine Exhaust, Inc. provide us with information sufficient to enable to determine whether its water cooled products fall within the scope of our client's patents.

Robert Montes, President
March 10, 2006
Page 2

       We request that you provide a written response to this letter within ten (10) days, such that we can proceed accordingly.

                    Sincerely,

                    Mark D. Bowen

MDB:sgn
Enclosure
cc:  Marine Exhaust Systems, Inc.
I:\W-IP\4454\000\Deangelo.CND.wpd



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To  Robert Montes, Pres.
Street, Apt. No.; or PO Box No.  046454.000
City, State, ZIP+4

Postmark Here

PS Form 3800, May 2000                    See Reverse for Instructions

7000 1670 0001 0940 3315

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receiv
following services (
extra fee):
1. ☐ Addressee'
2. ☐ Restricted I
Consult postmaster

3. Article Addressed to:
Robert Montes, Pres.
DeAngelo Marine Exhaust Inc
3335 SW 2nd Ave
Ft. Lauderdale FL 33315

4a. Article Number
7000 1670 0001 0

4b. Service Type
☑ Registered
☐ Express Mail
☐ Return Receipt for Merchandise

7. Date of Delivery
3-20

5. Received By: (Print Name)

6. Signature (Addressee or Agent)
X

8. Addressee's Address (Only if r
and fee is paid)

PS Form 3811, December 1994          102595-98-B-0229     Domestic Return

Exhibit D

# LAW OFFICE OF WILLIAM STACEY, P.A.

### Attorney and Counselor at Law

The Quay at 17ᵗʰ Street Causeway
Post Office Box 460053
Fort Lauderdale, Florida 33346

Tel  (954) 761-9898
Fax  (954) 349-9870
williamestacey@aol.com

April 3, 2006

Mark D. Bowen, Esq.
Sterns, Weaver, Miller, P.A.
New River Center, Suite 2100
200 East Las Olas Boulevard
Fort Lauderdale, Florida 33301

*& via facsimile @*: (954) 462-9508

Dear Mr. Bowen:

This firm represents DeAngelo Marine Exhaust, Inc.  They have referred to me your March 10, 2006 letter.

We are looking in to your client's suspicion that some DeAngelo Marine Exhaust, Inc. components may fall under one of their patents. When we complete that investigation we will contact you.

Our initial response is that DeAngelo Marine Exhaust, Inc. is not infringing on any patent. DeAngelo has been designing and manufacturing custom marine exhaust systems for over twenty years.  They have always been at the forefront of technology and never had the need to copy or imitate. They are highly sought after world wide because of their own technology and innovation.

If your client has any evidence of a specific patent infringement, please advise.  My telephone number is (954) 761-9898.

Sincerely,

William E. Stacey, Jr., Esq.

ltr.bowen.040306

Exhibit E







11.25 ID







**≋JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

ELECTRONIC

**Dec. 31, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## I. (a) PLAINTIFFS
WOODROW WOODS, an individual, and MARINE EXHAUST SYSTEMS, INC., a Florida corporation,

**DEFENDANTS**
DEANGELO MARINE EXHAUST, INC., a Florida corporation,

**(b)** County of Residence of First Listed Plaintiff **Palm Beach**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Broward**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Philip H. Ward, III, Esquire and Ryan S. Copple, Esquire, Ward, Damon & Posner, 4420 Beacon Circle, West Palm Beach, FL 33407 (561-842-3000)

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

08CV81579 DTKH/JMH

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO
b) Related Cases ☐ YES ☒ NO
JUDGE _____ DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. §§271, 281, 283-285. Patent infringement

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ currently unknown
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE 12/31/08

**FOR OFFICE USE ONLY**
AMOUNT 350.00
RECEIPT # 725265
IFP