UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81579-CIV-HURLEY-HOPKINS

WOODROW WOODS, an individual, and )
MARINE EXHAUST SYSTEMS, INC., a )
Florida corporation, )
)
    Plaintiffs, )
)
v. )
)
DEANGELO MARINE EXHAUST, INC. )
a Florida corporation, )
)
    Defendant. )
_____ )

## ANSWER AND AFFIRMATIVE DEFENSES
## TO DEFENDANT'S AMENDED COUNTERCLAIM

COME NOW the Plaintiffs, WOODROW WOODS, an individual, and MARINE EXHAUST SYSTEMS, INC., (hereinafter referred to as "WOODS", "MES" or collectively as "Plaintiffs"), by and through their undersigned counsel, and hereby file their Answer and Affirmative Defense to Defendant's Amended Counterclaim, and would state:

1. Admitted that DEANGELO'S action seeks a declaratory judgment under 28 U.S.C. §2201 and §2202, but denied as to the remainder of Paragraph 1.

2. Admitted for jurisdictional purposes only.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.

10. Denied.

11. Plaintiffs, WOODS and MES reincorporate their answers to Paragraphs 1 through 10 of DEANGELO'S Amended Counterclaim as if fully set forth herein.

12. Admitted for jurisdictional purposes only; the remainder of Paragraph 12 is denied.

13. Plaintiffs, WOODS and MES state that their allegations contained within their Complaint for patent infringement speak for themselves. Any allegations contained within Paragraph 13 of DEANGELO'S Amended Counterclaim which are inconsistent therewith are hereby denied. Plaintiffs WOODS and MES are without knowledge as to the allegations contained within the second sentence of Paragraph 13 of DEANGELO'S Amended Counterclaim, and therefore deny same and demand strict proof thereof.

14. Denied.

15. Plaintiffs WOODS and MES reincorporate their answers to Paragraphs 1 through 10 of DEANGELO'S Amended Counterclaim as if fully set forth herein.

16. Admitted for jurisdictional purposes only; the remainder of Paragraph 16 is denied.

17. Plaintiffs WOODS and MES state that 35 U.S.C. §102(a) speaks for itself, and that any allegations contained within Paragraph 17 of DEANGELO'S Amended Counterclaim which are inconsistent therewith are hereby denied.

18. Denied.

19. Denied.

20. Plaintiffs, WOODS and MES reincorporate their answers to Paragraphs 1 through 10 of DEANGELO'S Amended Counterclaim as if fully set forth herein.

21. Admitted for jurisdictional purposes only; the remainder of Paragraph 21 is denied.

22. Plaintiffs WOODS and MES state that 35 U.S.C. §102(b) speaks for itself, and that any allegations contained within Paragraph 22 of DEANGELO'S Amended Counterclaim which are inconsistent therewith are hereby denied.

23. Denied.

24. Denied.

25. Plaintiffs, WOODS and MES reincorporate their answers to Paragraphs 1 through 10 of DEANGELO'S Amended Counterclaim as if fully set forth herein.

26. Admitted for jurisdictional purposes only; the remainder of Paragraph 26 is denied.

27. Plaintiffs WOODS and MES state that 35 U.S.C. §102(e) speaks for itself, and that any allegations contained within Paragraph 27 of DEANGELO'S Amended Counterclaim which are inconsistent therewith are hereby denied.

28. Denied.

29. Denied.

30. Plaintiffs, WOODS and MES reincorporate their answers to Paragraphs 1 through 10 of DEANGELO'S Amended Counterclaim as if fully set forth herein.

31. Admitted for jurisdictional purposes only; the remainder of Paragraph 31 is denied.

32. Plaintiffs, WOODS and MES state that 35 U.S.C. §102(g)(2) speaks for itself, and that any allegations contained within Paragraph 32 of DEANGELO'S Amended Counterclaim which are inconsistent therewith are hereby denied.

33. Denied.

34. Denied.

35. Plaintiffs, WOODS and MES reincorporate their answers to Paragraphs 1 through 10 of DEANGELO'S Amended Counterclaim as if fully set forth herein.

36. Admitted for jurisdictional purposes only; the remainder of Paragraph 36 is denied.

37. Plaintiffs, WOODS and MES state that 35 U.S.C. §103(a) speaks for itself, and that any allegations contained within Paragraph 37 of DEANGELO'S Amended Counterclaim which are inconsistent therewith are hereby denied.

38. Denied.

39. Denied.

## PRAYER FOR RELIEF

Plaintiffs/Counter-Defendants, WOODROW WOODS and MARINE EXHAUST SYSTEMS, INC. have retained the undersigned counsel to defend them in this action and are obligated to pay reasonable attorneys' fees and costs for their services. Plaintiffs/Counter-Defendants demand that Counter-Plaintiff, DEANGELO MARINE EXHAUST, INC., be ordered to pay Counter-Defendants their attorneys' fees, costs and other expenses incurred as a result of having to defend this action, together with any further relief that this Court deems just and proper.

## AFFIRMATIVE DEFENSES

40. The manufacture, use, sale, importation, and/or offer for sale in the United States of one or more of the Accused Products by DEANGELO MARINE EXHAUST, INC. directly and/or indirectly infringes upon one or both of the patents-at-issue.

41. None of the claims of the patents in suit are invalid for failure to comply with 35 U.S.C. §102.

42.     None of the claims of the patents in suit are invalid for failure to comply with 35 U.S.C. §103.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27 day of April, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

William E. Stacey, Jr., Esquire
WILLIAM STACEY, P.A.
P.O. Box 460053
Fort Lauderdale, FL 33346
Phone: 954-761-9898
Email: wes.esq@gmail.com
Co-Counsel for Defendant

Michael C. Cesarano, Esquire
James A. Gale, Esquire
Richard Guerra, Esquire
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-5001
Email: mcesarano@feldmangale.com
Email: jgale@feldmangale.com
Email: rguerra@feldmangale.com
Co-Counsel for Defendant

WARD, DAMON & POSNER, P.A.
Attorneys for Plaintiff
4420 Beacon Circle, Suite 100
West Palm Beach, FL 33407
Tel:  (561) 842-3000
Fax:  (561) 842-3626

By: _____
Philip H. Ward, III, Esq., FBN 313998
Ryan S. Copple, Esq., FBN 152269
Email: rcopple@warddamon.com

S:\users\1 LITIGATION\Marine Exhaust (Woodrow Woods)\Pleadings\Answer & AD to D's Amd CC.doc