UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81579-CIV-HURLEY/HOPKINS

WOODROW WOODS, et al.,

    Plaintiffs,

vs.

DEANGELO MARINE EXHAUST, INC.,

    Defendant.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the court upon a series of post-trial motions filed by the parties [DE # 199, 200, 201, 202, 203, 204] and defendant's motions for sanctions [DE # 112, 140].

It is hereby **ORDERED** and **ADJUDGED** that:

1. Pursuant to DE # 219, a hearing on the above-described motions is set for **10:00 a.m.** on **Monday, May 24, 2010**, in courtroom five at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers in West Palm Beach, Florida, this 20th day of May, 2010.

*[signature]*
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*

For updated court information, visit unofficial Web site at http://www.judgehurley.com