UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81579-CIV-HURLEY/HOPKINS

WOODROW WOODS, et al.,

    Plaintiffs,

v.

DEANGELO MARINE
EXHAUST, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the court following a jury verdict in favor of plaintiffs [DE # 197] and the court's order denying plaintiffs' motions for attorneys' fees and enhanced damages [DE # 250]. This court hereby enters judgment, pursuant to Fed. R. Civ. P. 58, as follows:

**FINAL JUDGMENT** is entered in favor of plaintiffs Woodrow Woods and Marine Exhaust Systems, Inc. and against defendant DeAngelo Marine Exhaust, Inc. in the total amount of $92,804.00 (ninety-two thousand eight hundred and four dollars), together with post-judgment interest at the prevailing legal rate, for which let execution issue.

The Clerk of Court shall enter this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 8th day of June, 2010.

                                              Daniel T. K. Hurley
                                              United States District Judge

*Copies provided to counsel of record*