# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** Jennifer E. Simpson
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

| | |
|---|---|
| Invoice #: | FL 146311 |
| Invoice Date: | 10/19/2009 |
| Balance Due: | $ 1,152.75 |

| | |
|---|---|
| Case: | Woods, Woodrow v. Deangelo Marine Exhaust |
| Job #: | 154655  \|  Job Date: 10/8/2009  \|  Delivery: Expedited |
| Billing Atty: | Jennifer E. Simpson |
| Location: | Malin Haley DiMaggio Bowen & Lhota |
| | 1936 S. Andrews Ave. \| Ft. Lauderdale, FL |
| Sched Atty: | Jennifer E. Simpson \| Ward Damon |
| Deposing Atty: | Jennifer E. Simpson |

*Expedited Rate*

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Ruben Rivera | Transcript - Original & 1 copy | Page | 78.00 | $409.50 |
| 2 | Achille Francis | Transcript - Original & 1 copy | Page | 90.00 | $472.50 |
| 3 | Achille Francis Excerpt | Transcript - Original & 1 copy  5.25 | Page | 17.00 | $89.25 |
| 4 | Ruben Rivera Excerpt | Transcript - Original & 1 copy  5.25 | Page | 22.00 | $115.50 |
| 5 | | CD Depo Litigation Package | Per CD | 1.00 | $10.00 |
| 6 | | LEF/SBF *Summation Briefcase Files* | Per disk | 1.00 | $50.00 |
| 7 | | Shipping & handling | Package | 1.00 | $6.00 |

**Notes:** Ordered 4-day expedite

| | |
|---|---|
| Invoice Total: | $1,152.75 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,152.75 |

Fed. Tax ID: 20-3132569   Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Please tear off stub and return with payment.

**Make check payable to:** Veritext Florida Reporting Co.,
**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
DAYTIME PHONE

RECEIVED OCT 20 2009

SCAN DATE: 10-21-09
FORWARD TO: HOOTAG   3776-08
INITIAL  RHW
(LRL)

Invoice #: FL146311
Job #: 154655
Invoice Date: 10/19/2009
Balance: $ 1,152.75

**Remit payment to:**
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

Bill To: Jennifer E. Simpson
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

Invoice #: FL 154631
Invoice Date: 01/25/2010
Balance Due: $ 307.00

Case: Woodrow Woods v. Deangelo Marine Exhaust, Inc.
Job #: 163440 | Job Date: 1/14/2010 | Delivery: Normal
Location: Veritext- Boca
2255 Glades Road | Suite 324A | Boca Raton, FL 33431

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Darrin Woods V1 | Certified Transcript | Page | 78.00 | $234.00 |
| 2 | Craig Mccloud V2 | Certified Transcript | Page | 19.00 | $57.00 |
| 3 | Darrin Woods V2 | CD Depo Litigation Package | Per CD | 1.00 | $10.00 |
| 4 | | Shipping & handling | Package | 1.00 | $6.00 |

Notes:

Invoice Total: $307.00
Payment:
Credits:

Fed. Tax ID: 20-3132569     Term: Net 30

Interest: $0.00
Balance Due: $307.00

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: Veritext Florida Reporting Co.,
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

_____    _____
Credit Card #                                              Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON THE CARD)

DAYTIME PHONE

Invoice #: FL154631
Job #: 163440
Invoice Date: 01/25/2010
Balance: $ 307.00

Remit payment to:
**Veritext Florida Reporting Co.,**
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301


489/8101

# INVOICE

**Veritext Florida Reporting Co.**
A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800   Fax: 305-377-1100

**Bill To:** Jennifer E. Simpson
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

| | |
|---|---|
| Invoice #: | FL 154587 |
| Invoice Date: | 01/25/2010 |
| Balance Due: | $ 378.00 |

**Case:** Woodrow Woods v. Deangelo Marine Exhaust, Inc.
**Job #:** 163443  |  **Job Date:** 1/15/2010  |  **Delivery:** Normal
**Location:** Veritext- Boca
2255 Glades Road | Suite 324A | Boca Raton, FL 33431

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Sheila Prieschl | Certified Transcript | Page | 109.00 | $327.00 |
| 2 | | LEF/SBF | Per disk | 1.00 | $35.00 |
| 3 | | CD Depo Litigation Package | Per CD | 1.00 | $10.00 |
| 4 | | Shipping & handling | Package | 1.00 | $6.00 |

**Notes:**

Fed. Tax ID: 20-3132569    Term: Net 30

| | |
|---|---|
| Invoice Total: | $378.00 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $378.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:   Veritext Florida Reporting Co.,
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____   Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
DAYTIME PHONE

489/5101

Invoice #: FL154587
Job #: 163443
Invoice Date: 01/25/2010
Balance: $ 378.00

Remit payment to:
**Veritext Florida Reporting Co.,**
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

OK  3776-08 - PHW

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

Bill To: Jennifer E. Simpson
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

Invoice #: FL 154626
Invoice Date: 01/25/2010
Balance Due: $ 417.00

| Case: | Woodrow Woods v. Deangelo Marine Exhaust, Inc. |
|---|---|
| Job #: | 163440  \| Job Date: 1/14/2010  \| Delivery: Normal |
| Location: | Veritext- Boca |
| | 2255 Glades Road \| Suite 324A \| Boca Raton, FL 33431 |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Craig Mccloud V1 | Certified Transcript | Page | 103.00 | $309.00 |
| 2 | Craig Mccloud V2 | Certified Transcript | Page | 19.00 | $57.00 |
| 3 | | LEF/SBF | Per disk | 1.00 | $35.00 |
| 4 | | CD Depo Litigation Package | Per CD | 1.00 | $10.00 |
| 5 | | Shipping & handling | Package | 1.00 | $6.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $417.00 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $417.00 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:  Veritext Florida Reporting Co.,
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
DAYTIME PHONE

489/5101

Invoice #: FL154626
Job #: 163440
Invoice Date: 01/25/2010
Balance: $ 417.00

**Remit payment to:**
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

3776-08  PHW

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

Bill To: Denise Bleau
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

| | |
|---|---|
| Invoice #: | FL 154600 |
| Invoice Date: | 01/25/2010 |
| Balance Due: | $ 181.00 |

Case: Woodrow Woods v. Deangelo Marine Exhaust, Inc.
Job #: 163444 | Job Date: 1/18/2010 | Delivery: Normal

Location: Veritext- Boca
2255 Glades Road | Suite 324A | Boca Raton, FL 33431

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Angela A. Woods | Certified Transcript | Page | 55.00 | $165.00 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $10.00 |
| 3 | | Shipping & handling | Package | 1.00 | $6.00 |

Notes:

Fed. Tax ID: 20-3132569

Term: Net 30

| | |
|---|---|
| Invoice Total: | $181.00 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $181.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Please tear off stub and return with payment.

Make check payable to: Veritext Florida Reporting Co.,
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON THE CARD)

DAYTIME PHONE

Invoice #: FL154600
Job #: 163444
Invoice Date: 01/25/2010
Balance: $ 181.00

Remit payment to:
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** Jennifer E. Simpson
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

**Invoice #:** FL 160463
**Invoice Date:** 03/30/2010
**Balance Due:** $ 330.00

**Case:** Woodrow Woods, Etal v. Deangelo Marine Exhaust, Inc.
**Job #:** 169133 | **Job Date:** 3/18/2010 | **Delivery:** Normal

**Location:** Feldman Gale P.A.
One Biscayne Tower, 30th Floor | 2 South Biscayne Boulevard | Mia

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Robert R. Mcsorley | Certified Transcript | Page | 93.00 | $279.00 |
| 2 | | LEF/SBF | Per disk | 1.00 | $35.00 |
| 3 | | CD Depo Litigation Package | Per CD | 1.00 | $10.00 |
| 4 | | Shipping & handling | Package | 1.00 | $6.00 |

**Notes:**

**Invoice Total:** $330.00
**Payment:**
**Credits:**

Fed. Tax ID: 20-3132569     Term: Net 30

**Interest:** $0.00
**Balance Due:** $330.00

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: Veritext Florida Reporting Co.,
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD) CAN DATE: 4/20/10
FORWARD TO: _____
DAYTIME PHONE

INITIAL:

**Invoice #:** FL160463
**Job #:** 169133
**Invoice Date:** 03/30/2010
**Balance:** $ 330.00

**Remit payment to:**
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

3776 08

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** Jennifer E. Simpson
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

**Invoice #:** FL 161011
**Invoice Date:** 04/06/2010
**Balance Due:** $ 276.00

| Case: | Woodrow Woods v. Deangelo Marine Exhaust |
|---|---|
| Job #: | 170606 \| Job Date: 4/2/2010 \| Delivery: Normal |
| Billing Atty: | Jennifer E. Simpson |
| Location: | Feldman Gale |
|  | One Biscayne Tower \| 2 S. Biscayne Blvd., 30th Floor \| Miami, Fl 33 |
| Sched Atty: | Jennifer E. Simpson \| Ward Damon |
| Deposing Atty: | Jennifer E. Simpson |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Lorretta Fabricant | Transcript - Original & 1 copy | Page | 44.00 | $165.00 |
| 2 |  | Attendance Fee (appearance) | 1 | 1.00 | $70.00 |
| 3 |  | LEF/SBF | Per disk | 1.00 | $35.00 |
| 4 |  | Shipping & handling | Package | 1.00 | $6.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $276.00 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $276.00 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

**Make check payable to:** Veritext Florida Reporting Co.,
**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
FORWARD TO:
DAYTIME PHONE

**Invoice #:** FL161011
**Job #:** 170606
**Invoice Date:** 04/06/2010
**Balance:** $ 276.00

**Remit payment to:**
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

INITIAL:

3776-08

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** Jennifer E. Simpson
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

**Invoice #:** FL 161180
**Invoice Date:** 04/08/2010
**Balance Due:** $ 1,101.15

| | |
|---|---|
| Case: | Woodrow Woods v. Deangelo Marine Exhaust |
| Job #: | 170667 | Job Date: 4/1/2010 | Delivery: Expedited |
| Billing Atty: | Jennifer E. Simpson |
| Location: | Brandon Smith Reporting |
| | 44 Capitol Ave | Suite 203 | Hartford, CT 06106 |
| Sched Atty: | Jennifer E. Simpson | Ward Damon |
| Deposing Atty: | Jennifer E. Simpson |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Michael Halloran | Attendance Fee (appearance) | 1 | 1.00 | $70.00 |
| 2 | | Additional hours | Hour | 3.00 | $90.00 |
| 3 | | Transcript - Original & 1 copy | Page | 112.00 | $868.00 |
| 4 | | LEF/SBF | Per disk | 1.00 | $35.00 |
| 5 | | CD Depo Litigation Package | Per CD | 1.00 | $10.00 |
| 6 | | Shipping & handling | Package | 1.00 | $28.15 |

**Notes:** Taken in Hartford, CT & billed @ their rates

**Invoice Total:** $1,101.15
**Payment:**
**Credits:**

Fed. Tax ID: 20-3132569    Term: Net 30

**Interest:** $0.00
**Balance Due:** $1,101.15

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: Veritext Florida Reporting Co.,
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

_____  _____
Credit Card #                Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
SCAN DATE: 4/20/10
FORWARD TO:

INITIAL: _____

**Invoice #:** FL161180
**Job #:** 170667
**Invoice Date:** 04/08/2010
**Balance:** $ 1,101.15

**Remit payment to:**
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

3710.08

# INVOICE

## Veritext Florida Reporting Co.
### A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** Jennifer E. Simpson
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407

**Invoice #:** FL 161366
**Invoice Date:** 04/12/2010
**Balance Due:** $ 295.00

| | |
|---|---|
| **Case:** | Woodrow Woods v. Deangelo Marine Exhaust |
| **Job #:** | 170667  \| Job Date: 4/1/2010  \| Delivery: Normal |
| **Billing Atty:** | Jennifer E. Simpson |
| **Location:** | Brandon Smith Reporting |
| | 44 Capitol Ave \| Suite 203 \| Hartford, CT 06106 |
| **Sched Atty:** | Jennifer E. Simpson \| Ward Damon |
| **Deposing Atty:** | Jennifer E. Simpson |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Michael Halloran | Miscellaneous | | 1.00 | $295.00 |

**Notes:** Conference Call 238 minutes @ .25 with (5) people attending

| Invoice Total: | $295.00 |
|---|---|
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $295.00 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

**Make check payable to:** Veritext Florida Reporting Co.,
**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card #                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
DAYTIME PHONE

**Invoice #:** FL161366
**Job #:** 170667
**Invoice Date:** 04/12/2010
**Balance:** $ 295.00

**Remit payment to:**
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

SCANNED
3796-08

REDACTED – ATTORNEY-CLIENT PRIVILEDGE

REDACTED – ATTORNEY-CLIENT PRIVILEDGE

**From:** paulinestipes@comcast.net [mailto:paulinestipes@comcast.net]
**Sent:** Saturday, April 10, 2010 3:59 PM
**To:** Denise Bleau
**Subject:** Darrin Woods Testimony and Invoice

INVOICE



APRIL 10, 2010

DENISE BLEAU, ESQ.
WARD DAMON

WOODS VS. DEANGELO, Case No. 08-81579-Cv-HURLEY

TRIAL TESTIMONY OF WOODROW WOODS AND DARRIN
OPENING STATEMENTS
342 PAGES @$3.00....................................................$1,026.00

PLEASE MAKE CHECK OUT TO PAULINE A. STIPES, OFFICIAL REPORTER

THANK YOU, PAULINE

4/12/2010

REDACTED – ATTORNEY-CLIENT PRIVILEDGE



REDACTED – ATTORNEY-CLIENT PRIVILEDGE

From: paulinestipes@comcast.net [mailto:paulinestipes@comcast.net]
Sent: Saturday, April 17, 2010 3:22 PM
To: Denise Bleau
Subject: Woods vs. DeAngelo Higley Transcript and Invoice

Denise:
We finished Higley's testimony today for you. Please let me know when you get this and the invoice and please have a check for me on Monday.
Thank you very much, Pauline

INVOICE

WOODS VS DEANGELO TRIAL TESTIMONY

Testimony of Klausner, Garrison, Fabricant, Higley, daily transcript, 247 pages @$10.00 per page........ $2,470.00

Copy of Testimony of Prieschl and McLeod, 158 pages @$3.00................................................
474.00

TOTAL
DUE................................................................................................$2,944.00

THANK YOU, PAULINE STIPES

4/19/2010

**Denise Bleau**

| | |
|---|---|
| From: | paulinestipes@comcast.net |
| Sent: | Wednesday, May 12, 2010 6:19 AM |
| To: | Denise Bleau |
| Subject: | Woods vs. DeAngelo Marine Peter Matos Testimony |
| Attachments: | 4WOOD15A.TXT |

Denise:
Here is the testimony you asked for in ASCII format. I hope this helps. Please send a check for $260.00 to Pauline A. Stipes, 701 Clematis St., West Palm Beach, Fla. 33401. Thank you, Pauline

**Denise Bleau**

| | |
|---|---|
| From: | paulinestipes@comcast.net |
| Sent: | Thursday, May 13, 2010 2:24 PM |
| To: | Denise Bleau |
| Subject: | Woods vs. DeAngelo Rule 50 |
| Attachments: | 4WOOD15B.TXT |

Denise, I am sorry I misunderstood your email the other day. Here is the Rule 50 argument.
Please send me a check for $220.00. I did not receive the other check for $260.00 for the previous transcript, so would you check on it for me?
Let me know you received this.
Pauline