

**Document Efficiency At Work®**
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | WPB10010249 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | WPB-COON |
| Natl ID: | 56200 |

IKON Office Solutions - West Palm Beach, FL
Phone: (561) 655-5590      Fax: (561) 655-2151
Federal ID: 230334400

**BILL TO:**
**WARD DAMON & POSNER**
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

**SHIP TO:**
**WARD DAMON & POSNER**
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407
Attn: Cindi Edwards

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Woods v. DeAngelo | Marine Exhaust | | Phyllis Krupp |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1001-0254 | 01/28/2010 | Cindi Edwards - WARD DAMON & POSNER | | | | |
| | | Color Imaging (per page) | 1.00 | 1.0000 | | 1.00 |
| | | B&W Copies 11x17 | 22.00 | 0.3500 | | 7.70 |
| | | CD - Master(s) | 1.00 | 25.0000 | | 25.00 |
| | | OCR | 1,181.00 | 0.0400 | | 47.24 |
| | | E-Labels Endorsement | 2,362.00 | 0.0300 | | 70.86 |
| | | Lg Format B&W Scanning (sq ft) | 113.00 | 1.2500 | | 141.25 |
| | | Image Capture E - Glasswork | 1,128.00 | 0.2000 | | 225.60 |


RECEIVED FEB 15 2010
422 510


3778-08 Ptw

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 33.70 |
| | Sales Tax: | 2.19 |
| | Non-Taxable: | 484.95 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **520.84** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

| Amount Enclosed |
|---|
| $ |

Invoice: WPB10010249
Invoice Date: 01/29/2010
Due Date: 02/08/2010
Customer Code: WPB-COON
Natl ID: 56200

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - WPB
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT  $ 520.84**



**IKON** Document Efficiency
At Work.
A RICOH COMPANY

# INVOICE

IKON Office Solutions - West Palm Beach, FL
Phone: (561) 655-5590    Fax: (561) 655-2151
Federal ID: 230334400

| | |
|---|---|
| Invoice # | WPB10020180 |
| Invoice Date: | 02/17/2010 |
| Due Date: | 02/27/2010 |
| Terms: | Net 10 Days |
| Customer Code: | WPB-COON |
| Natl ID: | 56200 |

**BILL TO:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

**SHIP TO:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407
Attn: Cyndi Edwards

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Woods v. DeAngelo Marine | 3776-08 | | Phyllis Krupp |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1002-0154 | 02/16/2010 | Cyndi Edwards - WARD DAMON & POSNER | | | | |
| *716 | | E-Labels Endorsement | 321.00 | 0.0300 | | 9.63 |
| *717 | | OCR | 321.00 | 0.0400 | | 12.84 |
| 721 | | CD - Master(s) | 1.00 | 25.0000 | | 25.00 |
| 728 | | Prints w/ Assembly | 277.00 | 0.1000 | | 27.70 |
| 737 | | Color Imaging (per page) | 44.00 | 1.0000 | | 44.00 |
| 1027 | | Prints - Color (ea) | 44.00 | 1.0000 | | 44.00 |
| *714 | | Image Capture E - Glasswork | 277.00 | 0.2000 | | 55.40 |

422\5101

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 140.70 |
| Sales Tax: | 9.15 |
| * Non-Taxable: | 77.87 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 227.72 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

**Amount Enclosed**
$

Invoice: WPB10020180
Invoice Date: 02/17/2010
Due Date: 02/27/2010
Customer Code: WPB-COON
Natl ID: 56200

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - WPB
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT** $ 227.72



Page 1 of 1



**Document Efficiency At Work**
A RICOH COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | WPB10020233 |
| Invoice Date: | 02/22/2010 |
| Due Date: | 03/04/2010 |
| Terms: | Net 10 Days |
| Customer Code: | WPB-COON |
| Natl ID: | 56200 |

IKON Office Solutions - West Palm Beach, FL
Phone: (561) 655-5590  Fax: (561) 655-2151
Federal ID: 230334400

**BILL TO:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

**SHIP TO:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407
Attn: Cyndi Edwards

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Woods v. DeAngelo | Marine Exhaust | | Phyllis Krupp |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1002-0127 | 02/12/2010 | Cyndi Edwards - WARD DAMON & POSNER | | | | |
| *716 | | E-Labels Endorsement | 552.00 | 0.0300 | | 16.56 |
| *717 | | OCR | 552.00 | 0.0400 | | 22.08 |
| 721 | | CD - Master(s) | 1.00 | 25.0000 | | 25.00 |
| *713 | | Image Capture D - Heavy | 552.00 | 0.1500 | | 82.80 |

422|5101

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 25.00 |
| Sales Tax: | 1.63 |
| * Non-Taxable: | 121.44 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **148.07** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____  Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

**Amount Enclosed**
$

Invoice: WPB10020233
Invoice Date: 02/22/2010
Due Date: 03/04/2010
Customer Code: WPB-COON
Natl ID: 56200

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - WPB
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT** $ 148.07



# INVOICE

| | |
|---|---|
| Invoice # | WPB10030417 |
| Invoice Date: | 03/31/2010 |
| Due Date: | 04/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | WPB-COON |
| Natl ID: | 56200 |

IKON Office Solutions - West Palm Beach, FL
Phone: (561) 655-5590   Fax: (561) 655-2151
Federal ID: 230334400

**BILL TO:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

**SHIP TO:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407
Attn: JASON LAMBERTON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Marine Exhaust v. | DeAngelo | | Phyllis Krupp |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1003-0313 | 03/30/2010 | JASON LAMBERTON - WARD DAMON & POSNER | | | |
| 642 | Oversize B&W (sq/ft) | | 1,128.00 | 1.0000 | 1,128.00 |

SCAN DATE:
FORWARD TO: 4/20/10

INITIAL:

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,128.00 |
| Sales Tax: | 73.32 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,201.32** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

**Amount Enclosed**
$

Invoice: WPB10030417
Invoice Date: 03/31/2010
Due Date: 04/30/2010
Customer Code: WPB-COON
Natl ID: 56200

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - WPB
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS AMOUNT** $ 1,201.32



# INVOICE

| | |
|---|---|
| Invoice # | WPB10030403 |
| Invoice Date: | 03/31/2010 |
| Due Date: | 04/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | WPB-COON |
| Natl ID: | 56200 |

IKON Office Solutions - West Palm Beach, FL
Phone: (561) 655-5590   Fax: (561) 655-2151
Federal ID: 230334400

**BILL TO:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

**SHIP TO:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407
Attn: JASON LAMBERTON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Marine Exhaust v. | DeAngelo Marine | | Phyllis Krupp |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1003-0309 | 03/29/2010 | JASON LAMBERTON - WARD DAMON & POSNER | | | |
| 632 | | Folders: Redwell Folders - LTR | 12.00 | 3.5000 | 42.00 |
| 634 | | Tabs (Alpha/Numeric) | 603.00 | 0.2500 | 150.75 |
| 628 | | Binder - D Ring 4" | 6.00 | 26.0000 | 156.00 |
| 567 | | B&W Copies C - Medium Litigation | 11,196.00 | 0.1200 | 1,343.52 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,692.27 |
| Sales Tax: | 110.00 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **$ 1,802.27** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
WARD DAMON & POSNER
4420 BEACON CIRCLE
SUITE 100
WEST PALM BEACH, FL 33407

Amount Enclosed
SCAN DATE: 4/20/10
FORWARD TO:
$

**Please Remit To:**
IKON Office Solutions       INITIAL:
LDS Southeast District - WPB
P O Box 532545
Atlanta, GA 30353-2545

Invoice: WPB10030403
Invoice Date: 03/31/2010
Due Date: 04/30/2010
Customer Code: WPB-COON
Natl ID: 56200

**PAY THIS AMOUNT**   $ 1,802.27



**KAUFF'S SIGNS & LETTERING**
**"IMAGE IS EVERYTHING"**
**561.775.3278**

Kauff's Kustom Lettering & Signs, Inc.
3587 Northlake Blvd.
Palm Beach Gardens, FL 33403 - 1625

# Sales Invoice

| Date | Salesperson | Invoice # |
|---|---|---|
| 3/31/2010 | AN | KS20100982 |

| Contact Ph # | Ordered By | Fax To | P.O. Number |
|---|---|---|---|
| 722-6207 | Sheila | | 472 3783 |

| Steve Kauff | Nick Petrou | Justin Mesteller |
|---|---|---|

| Billing Address | Shipping Address \ Install Location |
|---|---|
| Marine Exhaust | |

| Qty | Item | Description | Price Per | Amount |
|---|---|---|---|---|
| 4 | Foam Board | 2' x 3' Digital Graphics on Foamboard<br><br>Claim Analysis<br>Claim 1 Wording<br>Diagram<br>Construction of Disputed Claim Items | 42.50 | 170.00T |

PAID
CK NO 2530
DATE 4/16/10

**Kauff's Signs - Image Is Everything**

| Phone | Fax |
|---|---|
| 561-775-3278 | 561-775-7559 |

| E-mail | Web Site |
|---|---|
| info@kauffsigns.com | www.kauffs.com |

| Subtotal | $170.00 |
|---|---|
| Sales Tax ( 6.5%) | $11.05 |
| Total | $181.05 |
| Payments/Credits | $0.00 |
| **Balance Due** | $181.05 |



# KAUFF'S SIGNS & LETTERING
## "IMAGE IS EVERYTHING"
## 561.775.3278

Kauff's Kustom Lettering & Signs, Inc.
3587 Northlake Blvd.
Palm Beach Gardens, FL 33403 - 1625

# Sales Invoice

| Date | Salesperson | Invoice # |
|---|---|---|
| 4/14/2010 | AN | KS20101103 |

| Contact Ph # | Ordered By | Fax To | P.O. Number |
|---|---|---|---|
| 722-5207 | Sheila | | 472 3783 |

*Steve Kauff*     *Nick Petrou*     *Justin Mesteller*

**Billing Address**
Marine Exhaust

**Shipping Address \ Install Location**

| Qty | Item | Description | Price Per | Amount |
|---|---|---|---|---|
| 1 | Foam Board | 2'x 3' Digital Graphics on Foamboard<br>CHART-PATENT PROSECUTION HISTORY | 42.50 | 42.50T |

### Kauff's Signs - Image Is Everything

| Phone | Fax |
|---|---|
| 561-775-3278 | 561-775-7559 |

| E-mail | Web Site |
|---|---|
| info@kauffsigns.com | www.kauffs.com |

| | |
|---|---|
| Subtotal | $42.50 |
| Sales Tax ( 6.5%) | $2.76 |
| Total | $45.26 |
| Payments/Credits | $0.00 |
| Balance Due | $45.26 |