UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81579-CIV-HURLEY/HOPKINS

WOODROW WOODS, et al.,

    Plaintiffs,[1]

v.

DEANGELO MARINE EXHAUST, INC.,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING IN PART PLAINTIFFS' MOTIONS TO TAX COSTS

**THIS CAUSE** is before the court upon plaintiffs' motion to tax costs [DE # 244] and the amended report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge [DE # 300], recommending that the court grant in part the motion. No objections were filed to the magistrate judge's amended report.

Having carefully reviewed the Magistrate Judge's report and recommendation, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1.     The amended report and recommendation of the United States Magistrate Judge [DE # 300] is **ADOPTED** in its entirety and incorporated herein by reference.

---

[1] The Magistrate Judge's original report contained a typographical error. *See* DE # 281. On page 26 of his report, he recommended that the court award $32,917.25 in costs, but on page 32 he recommended that the court award $25,200.97. *See id.* Plaintiff objected to the original report due to the inconsistency. *See* DE # 299. In response, the Magistrate Judge issued an amended report, clarifying that he intended to recommend $25,200.97 in costs.

3. Plaintiff's motion to tax costs [DE # 244] is **GRANTED IN PART**.

4. Pursuant to Fed. R. Civ. p. 58(a), the court will enter final judgment by separate order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 18th day of October, 2010.

                                                  Daniel T. K. Hurley
                                                United States District Judge

*Copies provided to counsel of record*
Hon. James M. Hopkins