UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81579-CIV-HURLEY/HOPKINS

WOODROW WOODS, et al.,

    Plaintiff,

v.

DEANGELO MARINE EXHAUST, INC.,

    Defendant.
_____/

## FINAL JUDGMENT ON COSTS

**THIS CAUSE** comes before the court following the order adopting the report and recommendation of the United States Magistrate Judge and granting in part plaintiff's motion to tax costs. It is hereby **ORDERED** and **ADJUDGED** that:

1.     **FINAL JUDGMENT** is entered in favor of plaintiffs Woodrow Woods and Marine Exhaust Systems, Inc., and against defendant DeAngelo Marine Exhaust, Inc., in the total amount of $25,200.97 (twenty-five thousand two hundred dollars and nintey-seven cents), together with post-judgment interest as provided by law, for which let execution issue.

**DONE** and **SIGNED** in Chambers in West Palm Beach, Florida, this 18th day of October, 2010.

                                                          Daniel T. K. Hurley
                                                          U.S. District Judge

*Copies provided to counsel of record*